FILED
2011 Oct-26 AM 09:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DERRILL LEE NELSON,** ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | Case No. **CV 10-S-2770-NE** |
| ) | |
| **STATE OF ALABAMA,** ) | |
| ) | |
| Respondent. ) | |

## ORDER

On September 30, 2011, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is DENIED and DISMISSED with prejudice.

DONE and ORDERED this 26th day of October, 2911.

_____
United States District Judge